IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
IN ADMIRALTY
CASE NO. 4:18-CV-77-D

| | |
|---|---|
| WHITE LIGHTNING SPORTFISHERMAN, INC. d/b/a LIGHTNING YACHTS | )<br>)<br>)<br>) |
| v. | )<br>) |
| M/V SUSIE-Q (O.N. 1089047) (Hull ID No. HATFB571H900 ), her boats, tackle, apparel, furniture, engines, fishing history and permits, and appurtenances, etc., *in rem,* | )<br>)<br>)<br>)<br>)<br>)<br>) |
| and | )<br>) |
| TIMOTHY STEPHEN RHODES and SUZANNE WILLIAMS RHODES, *in personam* | )<br>)<br>)<br>) |
| Defendants | )<br>)<br>)<br>) |

ORDER ON SUIT *IN REM AND*
AUTHORIZATION TO CLERK TO ISSUE
WARRANT OF ARREST

Supplemental Admiralty Rule C

The Plaintiff has filed this suit in admiralty and has asserted maritime liens for necessaries provided captioned Vessel and asked the Court to authorize the Clerk to issue a warrant for the arrest of that Vessel.

Pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and the Local Admiralty Rule E.3, this Court has reviewed the Verified Complaint and supporting papers submitted by counsel for the Plaintiff and finds as a fact that the conditions for an action *in rem* appear to exist and concludes that an Order should issue authorizing the Clerk of this Court to

prepare the Warrant for Arrest and deliver it to the U.S. Marshal for appropriate service. Based on the foregoing findings of facts and conclusion of law, it is hereby

ORDERED that conditions for an action *in rem* appear to exist in this case in favor of the Plaintiff; and it is

FURTHER ORDERED that the Clerk of this Court be and he/she hereby is authorized to issue a warrant for the arrest of the **M/V SUSIE-Q (O.N. 1089047) (Hull ID No. HATFB571H900), her boats, tackle, apparel, furniture, engines, fishing history and permits, and appurtenances, etc.** and deliver such warrant to the U.S. Marshal for the Eastern District of North Carolina for service; and it is

FURTHER ORDERED that the Vessel may be moved as necessary within the facility of Jarret Bay Boatworks ("Jarret Bay") located at 530 Sensation Weigh, Beaufort, NC 28516, to allow the staff of Jarrett Bay to continue usual business operations, but not to leave the physical jurisdiction of the Court.

SO ORDERED. This **26** day of April 2018.

JAMES C. DEVER III
Chief United States District Judge