IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
IN ADMIRALTY
CASE NO. 4:18-cv-00077-D

| | |
|---|---|
| WHITE LIGHTNING SPORTFISHERMAN, INC. d/b/a LIGHTNING YACHTS | ) ) ) ) ) |
| v. | ) ) |
| M/V SUSIE-Q (O.N. 1089047) (Hull ID No. HATFB571H900 ), her boats, tackle, apparel, furniture, engines, fishing history and permits, and appurtenances, etc., *in rem*, | ) ) ) ) ) ) ) ) ) |
| and | ) ) |
| TIMOTHY STEPHEN RHODES and SUZANNE WILLIAMS RHODES, *in personam* | ) ) ) ) ) |
| Defendants | ) |

ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

WHITE LIGHTNING SPORTFISHERMAN, INC. d/b/a LIGHTNING YACHTS ("Plaintiff") by and through undersigned counsel, respectfully moves the Court for an Order appointing Mr. Brian Ostrowski as Substitute Custodian for the vessel **M/V SUSIE-Q (O.N. 1089047) (Hull ID No. HATFB571H900 ), her boats, tackle, apparel, furniture, engines, fishing history and permits, and appurtenances, etc., (the "Vessel")**, while the vessel is *in custodia legis* in order to reduce the expense of securing and maintaining the Vessel pending further Order of this Court; and, in support of its Motion, the Plaintiff says:

It is further ordered that monthly charges for the Vessel's storage at Jarrett Bay Boatworks' ("Jarrett Bay's") facility located at 530 Sensation Weigh, Beaufort, NC 28516 at $1.00/foot/day, based on Jarrett Bay's published storage rates, plus a reasonable charge for any metered electricity, along with a monthly substitute custodian fee payable to Brian Ostrowski, shall all be deemed administrative expenses of the Marshal.

SO ORDERED. This **26** day of April 2018.

*[signature]*
JAMES C. DEVER III
Chief United States District Judge