## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION
## IN ADMIRALTY
## CASE NO. 4:18-cv-00077-D

|  |  |  |
|---|---|---|
| **WHITE LIGHTNING SPORTFISHERMAN, INC. d/b/a LIGHTNING YACHTS** | ) ) ) ) |  |
| **Plaintiff,** | ) ) |  |
| **v.** | ) ) |  |
| **M/V SUSIE-Q (O.N. 1089047) (Hull ID No. HATFB571H900), her boats, tackle, apparel, furniture, engines, fishing history and permits, and appurtenances, etc.,** *in rem,* | ) ) ) ) ) ) ) | **ORDER GRANTING JOINT MOTION TO ALLOW JOINT SURVEY** |
| **and** | ) ) |  |
| **TIMOTHY STEPHEN RHODES and SUZANNE WILLIAMS RHODES,** *in personam* | ) ) ) ) ) |  |
| **Defendants.** |  |  |

This matter coming on to be heard and being heard before the undersigned United States District Judge; and

It appearing to the Court from the Motion of the Parties that M/V SUSIE-Q (O.N. 1089047) (Hull ID No. HATFB571H900), her boats, tackle, apparel, furniture, engines, fishing history and permits, and appurtenances, etc. ("the Vessel") should be jointly surveyed for the reasons set forth in the Parties' Joint Motion to Allow Joint Survey.

NOW THEREFORE, IT IS ORDERED that at a time mutually agreeable to the Parties, Robert M. "Pete Chiles" and T. Fred Wright shall be afforded access to the Vessel

while she *in custodia legis* such that she may be surveyed under the supervision of Substitute Custodian Brian Ostrowski.

This the __22__ day of __May__ 2018.

SO ORDERED:

James C. Dever, III
Chief United States District Court Judge