IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
IN ADMIRALTY
CASE NO. 4:18-CV-00077-D

| | |
|---|---|
| WHITE LIGHTNING SPORTFISHERMAN, INC., d/b/a LIGHTNING YACHTS, <br><br> Plaintiff, <br><br> v. <br><br> M/V SUSIE-Q (O.N. 1089047) (Hull ID No. HATFB571H900), her boats, tackle, apparel, furniture, engines, fishing history and permits, and appurtenances, etc., *in rem,* <br><br> and <br><br> TIMOTHY STEPHEN RHODES and SUZANNE WILLIAMS RHODES, *in Personam,* <br><br> Defendants. | **ORDER** |

This matter is before the Court on the Renewed Motion for Hearing to Fix the Quantum of Rule E Special Bond and Motion to Stay filed by Defendants *M/V SUSIE-Q*, Timothy Stephen Rhodes, and Suzanne Williams Rhodes. The Court will hold a hearing to determine the Quantum of the Rule E Special Bond at **3:00 pm** on **October 4**, 2018. In addition, this case is hereby STAYED pending resolution of Defendants' motions to Fix the Quantum of the Rule E Special Bond

1

SO ORDERED, this the 31 day of August 2018.

                                                         JAMES C. DEVER, III
                                                         Chief United States District Judge