IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
In Admiralty
No. 4:18-CV-77-D

| | |
|---|---|
| WHITE LIGHTNING SPORTFISHERMAN, INC., d/b/a Lightning Yachts, </br></br> Plaintiff, </br></br> v. </br></br> M/V SUSIE Q (O.N. 1089047) (Hull ID No. HATFB571H900), her boats, tackle, apparel, furniture, engines, fishing history and permits, and appurtenances, etc., in rem, </br></br> and </br></br> TIMOTHY STEPHEN RHODES, and SUZANNE WILLIAMS RHODES, in personam, </br></br> Defendants. | **ORDER** |

On October 4, 2018, the court held a hearing on defendants' motion to abstain and renewed motion for hearing to fix the quantum of Rule E Special Bond. After hearing oral argument and considering the record, the court denied defendants' motion to abstain [D.E. 16] and set the quantum for the bond at $386,835.27. See Supplemental Rule E(5)(a).

SO ORDERED. This 4 day of October 2018.

JAMES C. DEVER III
Chief United States District Judge